1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | Case No. 6:25-PO-00276-HBK
12 |                 Plaintiff,         | [Citations #E2069465, E2069464]
13 | v.                                 |
                                        | MOTION AND ORDER FOR DISMISSAL
14 | RYAN E. BELL,                      |
15 |                 Defendant.         |
16

17

18      The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Citations # E2069465 and

20 # E2069464 as it is not only duplicative, but the United States has already superseded it with a Third

21 Superseding Information filed on May 16, 2025, Dkt. 20 (case 6:25-mj-00001-HBK). The United States

22 moves to dismiss the duplicative citations without prejudice, in the interest of justice, pursuant to Rule

23 48(a) of the Federal Rules of Criminal Procedure.

24 DATED: June 26, 2025                          Respectfully submitted,

25                                               MICHELE BECKWITH
                                                 Acting United States Attorney
26
                                         By:    _____
27                                               ARIN C. HEINZ
                                                 Assistant United States Attorney
28

                                                1

**O R D E R**

IT IS HEREBY ORDERED that Citations # E2069465, E2069464 against RYAN E. BELL be dismissed, without prejudice, in the interest of justice.

Dated: June 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE